UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **STAR FINANCIAL SERVICES, INC., DBA ADVANCED ATM SERVICES** | **CIVIL ACTION** |
| **VERSUS** | **NO. 16-12537** |
| **CARDTRONICS USA, INC.** | |

## COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Star Financial Services, Inc., which, for its complaint against Defendant, Cardtronics USA, Inc., alleges as follows:

1.

Plaintiff, Star Financial Services, Inc. ("Star Financial"), is a corporation organized under the laws of the State of Maryland, with its principal place of business located in the State of Maryland.

2.

Defendant, Cardtronics USA, Inc. ("Cardtronics"), is a corporation organized under the laws of the State of Delaware, with its principal place of business located in the State of Texas, and which is registered to do business in the State of Louisiana.

3.

This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1332 in that the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and complete diversity exists between plaintiff and defendant.

4.

Venue is appropriate in this district pursuant to a forum selection clause included in the

contract at issue, which states that any court in Orleans Parish, State of Louisiana having jurisdiction over matters relating to the Agreement "shall be the exclusive forum for the resolution of any and all disputes between the parties."

5.

Plaintiff, Star Financial, provides automated teller machine ("ATM") sales and processing services in Maryland, District of Columbia, and Virginia and has a network of over 250 ATM's either owned or operated by Star Financial. As is standard practice, Star Financial engages a third party to process the various electronic transfers of funds associated with operating the ATMs (also referred to as "Terminals").

6.

On February 28, 2012, Star Financial entered into an agreement (the "Contract") with ATM Deployer Services, LLC ("ADS") whereby ADS would, among other things, arrange for a third party, Columbus Data Services ("CDS"), to process the transactions initiated at Star Financial's ATMs and provide Star Financial with electronic reports of transactions generated at those ATMs. *See* Section 2.1 of the Contract, a copy of which is attached as Exhibit A.

7.

A large number of the ATMs operated by Star Financial are stocked with currency withdrawn from an account held and funded by Star Financial (the "Settlement Account"). Star Financial regularly replenishes the stock of cash held in those ATMs with funds from the Settlement Account.

8.

When an individual withdraws currency from an ATM funded by Star Financial, CDS causes the amount withdrawn to be debited from that individual's bank account. That amount is typically credited to Star Financial's Settlement Account the following business day.

9.

Under the terms of the Contract, Star Financial is required to provide ADS with a "Terminal Set-up Form . . . for each Terminal subject to this Agreement prior to the date on which Services are to commence being provided by ADS with respect to transactions initiated at such Terminal." *See* Exhibit A. Each Terminal Set-Up Form includes the number of the account into which CDS must reimburse the funds that an individual withdraws from that particular Terminal (hereinafter referred to as a "Settlement Account Number"). For Star Financial funded Terminals, that number is the Settlement Account number.

10.

On August 19, 2015 Star Financial submitted to CDS Terminal Set-Up Forms for Terminals A282694, A282696, and A282697. After submitting the Forms, Star Financial promptly recognized that the Forms had included incorrect Settlement Account Numbers. Because Terminals A282694, A282696, and A282697 were Star Financial funded ATMs, the Settlement Account Number included in the Forms should have been Star Financial's Settlement Account number. On August 20, 2015, the next day, Star Financial informed CDS of the errors and sent correct Settlement Account Numbers to CDS for all three Terminals.

11.

In response to Star Financial's email transmitting the correct settlement information, a CDS representative confirmed that she had forwarded the revised forms to the settlement department.

12.

The three Terminals were activated in November 2015. While CDS corrected the account information for Terminal A282697, it failed to correct the Settlement Account Number for Terminals A282694 and A282696 before they were activated in CDS's system. As a result, over the course of five months, a total of $250,900 in Star Financial funds that had been withdrawn from Terminals A282694 and A282696, that CDS should have credited to Star Financial's Settlement Account, were improperly transferred to a different account.

13.

CDS provides Star Financial with a web portal through which Star Financial is able to generate Automatic Clearing House reports ("ACH Reports"). The ACH Reports list details regarding transactions that have taken place at the various ATMs. Because each Star Financial funded ATM is linked with Star Financial's Settlement Account number, entering the Settlement Account number into the ACH system generates a report of all transactions that have taken place at all Star Financial funded ATMs.

14.

To monitor activity at its ATMs, and to ensure that CDS is properly crediting withdrawn funds to its Settlement Account, Star Financial generates daily ACH Reports that list all transactions that occurred at Star Financial Funded ATMs on the previous day, and then compares the daily withdrawal total with the amounts deposited that day into the Settlement Account.

15.

Because CDS never corrected the Settlement Account Numbers for Terminals A282694 and A282696, those Terminals were not linked with Star Financial's Settlement Account number in the ACH system. Consequently, when Star Financial generated ACH Reports based on its Settlement Account number, Terminals A282694 and A282696 did not appear on the report; therefore, the daily totals that appeared on the report did not include the transactions that had taken place through Terminals A282694 and A282696. Likewise, because CDS had been depositing the reimbursements for those ATMs into a different account, the amounts reimbursed into Star Financial's Settlement Account also did not include funds that had been withdrawn from Terminals A282694 and A282696. As a result, there was no discrepancy between the daily totals on the ACH Reports and the amount deposited into Star Financial's Settlement Account. Star Financial was therefore unable to detect the Terminal set-up error through its ordinary review of the ACH Reports.

16.

Star Financial had no reason to suspect a problem until March 2016, when an officer of Star Financial began noticing that the reimbursement totals coming into the Settlement Account, as well as the available balance in the account, were generally lower than expected. Contemplating that the missing funds may be a result of abnormally long delays in receiving the reimbursed funds into its Settlement Account, Star Financial brought the issue to CDS's attention and requested that funds be reimbursed more quickly. CDS denied Star Financial's request.

17.

To investigate the issue further, Star Financial performed a review of the settlement set up summaries for all of its Terminals. Though the settlement set-up summaries are available on CDS's website, there is ordinarily no reason to review them, as the information provided in those summaries does not change.

18.

Pursuant to that review, on March 17, 2016, Star Financial discovered that CDS failed to correct the account information for Terminals A282694 and A282696 and that $250,900 in funds that should have been reimbursed to Star Financial's Settlement Account had instead been transferred to the account of DC Stars, LLC, a company that operates a Star Financial ATM in Washington, D.C.

19.

Subsequent to discovering the problem, Star Financial recovered $95,163.68 of the $250,900 in misdirected funds. While continuing its efforts to collect the remaining funds from DC Stars, LLC, Star Financial has not yet successfully recovered any portion of the remaining funds through those efforts.

20.

Star Financial notified CDS of the terminal set-up error and of the misdirected funds on March 18, 2016. As of the filing of this complaint, Star Financial has not received reimbursement from CDS of any of the remaining $155,736.32 in misdirected funds.

21.

According to records provided by the Louisiana Secretary of State, ADS was a Louisiana corporation, which the Secretary of State currently lists as "terminated." Upon information and belief, CDS was ADS's sole member and succeeded to ADS's rights and obligations under the Contract. Further, over the course of the three years that the Contract has been in effect, Star Financial has dealt exclusively with CDS and has paid CDS directly for services rendered pursuant to the Contract.

22.

CDS breached its obligations under the Contract both when it failed to correct the account information of Terminals A282694 and A282696, and when it failed to reimburse Star Financial for the resulting misdirected funds.

23.

Upon information and belief, on December 31, 2015, CDS merged with defendant, Cardtronics, which is the surviving entity of the merger and the successor of CDS's liabilities. Star Financial therefore seeks to recover the remaining $155,736.32 in misdirected funds from Cardtronics.

**WHEREFORE,** Plaintiff, Star Financial Services, Inc., respectfully prays that, after due proceedings are had, this Honorable Court enter judgment in its favor and against Defendant, Cardtronics USA, Inc., for $155,736.32, plus interest from the date of each erroneous transfer, all reasonable attorneys' fees, court costs, and other appropriate legal and equitable relief to which Star Financial may be entitled under the law.

-8-

        **Respectfully submitted,**

        **STEEG LAW FIRM, LLC**

           /s/ Elise M. Henry
        **CHARLES L. STERN, JR. (12451)**
        **RYAN M. McCABE (31254)**
        **ELISE M. HENRY (36118) (T.A.)**
        **201 St. Charles Avenue; Suite 3201**
        **New Orleans, LA 70170**
        **Telephone: 504-582-1199**
        **Facsimile: 504-582-1240**
        **E-mail: ehenry@steeglaw.com**

        **Attorneys for Star Financial Services, Inc.**
        **d/b/a Advanced ATM Services**